**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MATTHEW BRIGHTMAN**                                                    **PLAINTIFF**
**ADC# 163823**

**V.**                          **CASE NO. 4:24-cv-00929-JM-BBM**

**DEXTER PAYNE, Director, Arkansas**
**Department of Corrections,** *et al.*                                 **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff Matthew Brightman is allowed to PROCEED with his failure-to-protect claims against Defendants Dewayne Johnson and Rainey in their individual capacities.

2.      All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3.      Defendants Dexter Payne, Deangelo Earl, Sr., Linda Louis, and Percy Arnold are TERMINATED as parties to this action.

IT IS SO ORDERED this 30th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE